**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 2, 2023**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00278-CV

---

### CVS PHARMACY, INC., ET AL., Appellants

### V.

### COUNTY OF BEXAR, Appellee

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2018-77066**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed April 10, 2023. On October 20, 2023, the parties filed a joint motion to dismiss the appeal. *See* Tex. R.

App. P. 42.1. The appeal is reinstated and the motion is granted.[1]

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Wilson.

---

[1] On June 20, 2023, we granted appellants' motion to consolidate this appeal with appeal No. 14-23-00279-CV from the same multi-district litigation proceeding. Because all of the appellants in this appeal have agreed to settle with appellee, County of Bexar, but not all of the appellants in No. 14-23-00279-CV agreed to settle with the appellee, County of Dallas, we dispose of this appeal separately from No. 14-23-00279-CV.